# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| EDWARD SHANE RUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-140 |
| | ) | |
| DAMON HININGER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Edward Rust alleges that he was denied medical care while incarcerated at Wheeler Correctional Facility, located in Alamo, Georgia. *See* doc. 1 at 9-14. Although he filed his Complaint in the Savannah Division, the events alleged in his Complaint all occurred in Alamo, which is located in the Dublin Division of this Court. *See* 28 U.S.C. § 90(c). Accordingly, this action is reassigned to the Dublin Division for ruling on Rust's request to proceed *in forma pauperis*, doc. 2, and all further proceedings.

**SO ORDERED,** this  25th  day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA