IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EDWARD SHANE RUST, | ) |
| Plaintiff, | ) |
| v. | ) CV 317-044 |
| DAMON T. HININGER, CEO of Correction Corporation of America (CCA); GREGORY C. DOZIER, Commissioner of Georgia Department of Corrections; DR. YVONNE NEAU, Wheeler Correctional Facility; VANCE LAUGHLIN, Warden, Wheeler Correctional Facility; and JOHN DOE QUINN, Deputy Warden of Care and Treatment, Wheeler Correctional Facility, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of December, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE